UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**INFINITI EMPLOYMENT
SOLUTIONS, INC.,**

       **Plaintiff,**

v.                             Case No:   6:15-cv-315-Orl-22KRS

**BENTON GLOBAL, LLC,**

       **Defendant.**

## ORDER

This cause is before the Court on Infiniti Employment Solutions, Inc.'s Amended Motion for Default (Doc. No. 29) filed on July 17, 2015. The United States Magistrate Judge has submitted a report recommending that the Motion be **GRANTED in part.**

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 1, 2015 (Doc. No. 33), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Infiniti Employment Solutions, Inc.'s Amended Motion for Default is hereby **GRANTED in part**. It is **ORDERED** that Benton Global, LLC is liable to Infiniti Employment Solutions, Inc. for breach of contract (Count I) and account stated (Count III). Damages of $157,633.05 are **ASSESSED** against Benton Global, LLC.

3. Infiniti Employment Solutions, Inc.'s claims for quantum meruit (Count II) and open account (Count IV) are **DISMISSED.**

4. The Clerk of Court is **DIRECTED** to issue a judgment consistent with this Order and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida on September 20, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties